# DILKS & KNOPIK, LLC

"When Success Matters"



July 8, 2014

Via U.S. Mail

U.S. Bankruptcy Court
District of Maryland
Attn: Ellen Devine, Deputy Clerk
6500 Cherrywood Ln
Greenbelt, MD 20770

FILED
JUL 14 2014
CLERK'S
U.S. BANKRUPTCY
DISTRICT
GREENBELT MARYLAND

Re: Case Number 09-10551 / Sterling Lindsay – Motion for Unclaimed Funds on behalf of Vantium Capital, Inc. (deposited obo Acquara Loan Services) for $9785.92.

Dear Ms. Devine,

We are in receipt of the deficiency notice issued to us by the court on June 30, 2014 by the court. This notice arrived on July 7, 2014 at our office and we are in contact with our client regarding the necessary corrections to the Power of Attorney, Affidavit in Support of Motion to Withdraw Unclaimed Funds and W-9.

We respectfully request that the response deadline of July 14, 2014 be extended to August 1, 2014 to allow for us to receive the original documents from our client and forwarding of these documents to the court.

Thank you for your consideration.

Sincerely,

Dilks & Knopik, LLC

Brian Dilks

35308 SE Center Street
Snoqualmie, WA 98065

Phone  425-836-5728
Fax    800-713-9887
Email  admin@dilksknopik.com

www.dilksknopik.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 6/30/14**

In re:   Case No.: 09-10551 PM   Chapter: 13

Sterling Lindsay
Debtor(s)

# DEFICIENCY NOTICE

**DOCUMENT:** 58 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $9785.92 Filed by Dilks & Knopik, LLC Attorney in Fact for Vantium Capital, Inc. . (Attachments: # 1 Attachments # 2 Driver License for Brian Dilks, Julie Marie Delahoussaye, Kathleen Rose Misch) (Devine, Ellen)

**PROBLEM:** The following items are deficient for the above pleading, and must be cured by 7/14/14. 1. W-9 should be signed by claimant. 2. The Authority to Act. Limited POA was signed May 6, 2014, but Notarized March 6, 2014. A new Authority to Act must be provided to the Court. 3. Affidavit in Support of Motion to Withdraw Unclaimed Funds was signed May 6, 2014 but Notarized March 6, 2014. A new Affidavit must be provided to the Court.

**CURE:** File the appropriate documents to cure the above deficiencies.

**CONSEQUENCE:** Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing-requirements.
Additional information for non-attorney filers: http://www.mdb.uscourts.gov/content/after-filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Ellen Devine   410-962-4076

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Dilks & Knopik, LLC
      Vantium Capital, Inc. Kasey Misch Senior VP

Form defntc (11/2013)



025066

6820502509101 1