

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  09–10551 – PM    Chapter:  13

Sterling Lindsay
2507 Monroe Court
Waldorf, MD 20603

## ORDER GRANTING
## REQUEST FOR ADDITIONAL TIME TO CURE DEFICIENCY NOTICE

Upon consideration of the Request for additional time to cure deficiency notice filed by Dilks & Knopik, LLC Attorney in Fact for Vantium Capital, Inc., it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the request for additional time is hereby granted.

cc:   All Parties –
      All Counsel –

### End of Order

44.6 – *edevine*