UNITED STATE BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re:                                    )
                                          )   Case No. 09-10551
    **Sterling Lindsay**                  )
                                          )   Chapter 13
          Debtor(s)                       )

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS FROM THE COURT REGISTRY

I, Kasey Misch, Senior Vice President of Vantium Capital, Inc. being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $9,785.92.

2. The funds are the property of Vantium Capital, Inc. dba Acqura Loan Services.

3. The right to the funds has not been further purchased, sold, assigned, or transferred.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _____   Date: 7/22/14

Last 4 Digits of Claimants Social Security No./Tax Payer Identification No.: 2967

Address of Deponent: 7668 Warren Pkwy
                     Frisco TX 75034

Telephone Number of Deponent: 972-715-1021

**SUBSCRIBED AND SWORN TO BEFORE ME** this 22 day of July 20 14, in the County of Collin, State of Texas

Signature of Notary Public

Date Commission Expires: April 01, 2017

LUIS VASQUEZ
Notary Public, State of Texas
My Commission Expires
April 01, 2017