# DILKS & KNOPIK, LLC
"When Success Matters"

July 30, 2014

U.S. Bankruptcy Court
Attn: Financial Adminsitrator
District of Maryland
8308 US Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**RECEIVED**
AUG 0 4 2014
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

RE: Notice of Deficiency – Case Number: 09-10551 Debtor(s) Sterling Lindsay

Dear Friends:

We have been issued a Deficiency Notice in regard to the release of unclaimed monies due and owing to Acquara Loan Services in the amount of $9,785.92. The Original Deficiency Notice set a deadline of July 14, 2014 for our response. The Court has kindly entered an Order Granting our Request for Additional Time to Cure this Notice (enclosed).

With the deficiency notice (copy enclosed), the court requests the following:

1. W-9 should be signed by claimant;
2. The Authority to Act, Limited POA was signed May 6, 2014, but Notarized March 6, 2014. A new Authority to Act must be provided to the Court; and
3. Affidavit in Support of Motion to Withdraw Unclaimed Funds was signed May 6, 2014 but Notarized March 6, 2014. A new Affidavit must be provided to the Court.

In response to this notice, we respectfully submit the following:

1. Original, signed, W-9 for Vantium Capital, Inc.
2. Original, signed and notarized, Authority to Act, Limited POA; and
3. Original, signed and notarized, Affidavit in Support of Motion to Withdraw Unclaimed Funds.

Thank you for your assistance with this matter and the opportunity to correct the issues with our original filing.

Sincerely,

Brian J. Dilks

Originals Enclosed



35308 SE Center Street
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax   (877) 209-8249
Email info@dilksknopik.com

www.dilksknopik.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 6/30/14

In re:   Case No.: 09-10551 PM   Chapter: 13

Sterling Lindsay
Debtor(s)

## DEFICIENCY NOTICE

**DOCUMENT:** 58 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $9785.92 Filed by Dilks & Knopik, LLC Attorney in Fact for Vantium Capital, Inc. . (Attachments: # 1 Attachments # 2 Driver License for Brian Dilks, Julie Marie Delahoussaye, Kathleen Rose Misch) (Devine, Ellen)

**PROBLEM:** The following items are deficient for the above pleading, and must be cured by 7/14/14. 1. W-9 should be signed by claimant. 2. The Authority to Act, Limited POA was signed May 6, 2014, but Notarized March 6, 2014. A new Authority to Act must be provided to the Court. 3. Affidavit in Support of Motion to Withdraw Unclaimed Funds was signed May 6, 2014 but Notarized March 6, 2014. A new Affidavit must be provided to the Court.

**CURE:** File the appropriate documents to cure the above deficiencies.

**CONSEQUENCE:** Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing-requirements.
Additional information for non-attorney filers: http://www.mdb.uscourts.gov/content/after-filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Ellen Devine  410-962-4076

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Dilks & Knopik, LLC
      Vantium Capital, Inc. Kasey Misch Senior VP

Form defntc (11/2013)

68205025091011

Entered: July 18, 2014
Signed: July 17, 2014
**SO ORDERED**
**Extended through August 18, 2014**



*Paul Mannes*
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:   09–10551 – PM   Chapter: 13

Sterling Lindsay
2507 Monroe Court
Waldorf, MD 20603

## ORDER GRANTING
## REQUEST FOR ADDITIONAL TIME TO CURE DEFICIENCY NOTICE

Upon consideration of the Request for additional time to cure deficiency notice filed by Dilks & Knopik, LLC Attorney in Fact for Vantium Capital, Inc., it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the request for additional time is hereby granted.

cc:   All Parties –
      All Counsel –

**End of Order**

44.6 – *edevine*

014657

70005014671018