**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at GREENBELT

| | | |
|---|---|---|
| In Re: | * | |
| Sterling Lindsay | * | Case No.   09-10551-PM |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Dilks & Knopik, LLC Attorney in Fact for Vantium Capital, Inc. for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $9,785.92 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

       Acquara Loan Services
       n/k/a Vantium Capital, Inc.
       c/o Dilks & Knopik, LLC
       35308 SE Center St.
       Snoqualmie, WA  98065-9216

cc:   Brian J. Dilks, Managing Member, Kiks & Knopik, LLC
      Vantium Capital, Inc.

Funds-42.3-- 10/3/11(efd)

**End of Order**